**Dated: December 03, 2009**

**The following is ORDERED:**



_Tom R Cornish_ _____

Tom R. Cornish
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In Re:

**FRANK PATRICK LOWERY**
**SANDRA ARLENE LOWERY**,                    Case No. 09-81722
Rt. 2, Box 95-1                              Chapter 7
Stilwell, OK 74960
                        Debtors.

### ORDER DISMISSING FRANK LOWERY

 This matter came on for status hearing before the Court on November 18, 2009, on this

Court's Notice of Incomplete Filings entered October 5, 2009, and Order of October 22, 2009,

requiring Frank Lowery to appear before the Court regarding Employee Income Payment Advices.

The Court conducted the status hearing but Mr. Lowery did not appear. This Court granted him until

November 25, 2009, to file Employee Income Payment Advices or the case would be dismissed as

to him.

 A debtor shall file copies of all payment advices or other evidence of payment received

within 60 days before the date of the filing of the petition, by the debtor from any employer of the

debtor. 11 U.S.C. 521 (a)(1)(B)(iv). If no payment advices were received, a debtor must file a

EOD 12/3/09 by sev

verified statement of that fact with the court. Local Rule 1007-I[Interim]-1G. Within forty-five (45) days after the date of the filing of the petition a debtor must file the payment advices or statement that none were received . If the debtor does not comply or request additional time, "the case shall be automatically dismissed effective on the 46th day . . . ." 11 U.S.C. 521 (i)(1).

Mr. Lowery's deadline for complying with 11 U.S.C. § 521(a)(1) and avoiding automatic dismissal was November 19, 2009. This Court allowed Mr. Lowery additional time to comply with its orders and this statute, however, no payment advices or verified statement explaining his failure to file them has been received by the Court. Mr. Lowery has made no request for additional time to file the missing information. Therefore, the Court finds that Mr. Lowery has not satisfied his disclosure obligations in a timely manner as required by 11 U.S.C. § 521(a)(1)(B)(iv) and (i)(1), therefore the case shall be dismissed as to him only.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is dismissed as to Debtor Frank Patrick Lowery.

###